**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000411**
**07-MAR-2024**
**08:32 AM**
**Dkt. 29 OGMD**

NO. CAAP-23-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AGNES G. CANNON, nka AGNES A. GREIG, Plaintiff-Appellee, v.
THOMAS R. CANNON, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. 2DV161000023)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Motion for and Notice of Dismissal of Appeal from Findings of Fact and Conclusions of Law and Order Filed June 26, 2023, filed February 29, 2024, by Kyle B. Coffman, counsel for Defendant-Appellant Thomas R. Cannon, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, March 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge